IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT WILLIAMS and DAVID WILLIAMS, § § § | |
| Plaintiffs/Counter-Defendants, § § | |
| v. § | Civil Action No. H – 03 – 4692 |
| AMERUS LIFE INSURANCE CO., § § § | |
| Defendant/Counter- Plaintiff/Third-Party Plaintiff, § § § | |
| v. § § | |
| ANNE WILLIAMS and PAUL WILLIAMS, § § § | |
| Third-Party Defendants. § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for AmerUs Life Insurance Company. *See* Fed. R. Civ. P. 58(a). The claims of Robert Williams, David Williams, and Anne Williams are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 3rd day of August, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.